UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 011 CV 61203 WPD

BROWARD COUNTY CIVIL RIGHTS DIVISION,
on behalf of Phyllis Schleifer,

      Plaintiff,

vs.

VENTNOR "H" CONDOMINIUM ASSOCIATION, INC.,

      Defendant.
_____/

## NOTICE OF STRIKING DOCUMENT NUMBER 17

COMES now Defendant, VENTNOR "H" CONDOMINIUM ASSOCIATION, INC., by and through undersigned counsel, and files this, its NOTICE OF STRIKING DOCUMENT NUMBER 17, filed 8/31/11, and states the following:

1. Document number 17 was filed incorrectly and does not belong in this case.

WHEREFORE, the undersigned respectfully requests that Document number 17 filed on 8/31/11 be stricken and removed from the docket.

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by email and U.S. First Class Mail to all counsel or parties of record on the Service List below, this 31st day of August, 2011.

Broward County v. Ventnor H
Case No. 11-CV-61203-WPD
Page 2

_____
s/Patrick J. Murphy
Florida Bar No.: 562475
E-mail: pmurphy@murphys-law.cc
LAW OFFICES OF PATRICK J. MURPHY
& ASSOCIATES, P.A.
272 West Hillsboro Boulevard
Deerfield Beach, FL 33441
Phone: (954) 525-5509
Fax: (954) 525-4509
Attorney for Defendant
Ventnor "H" Condominium Association, Inc.
PJM/mb/3728

## SERVICE LIST

Annika E. Ashton, Esq.
E-mail: aashton@broward.org
Joni Armstrong Coffeey,
County Attorney for Broward County
115 South Andrews Avenue, Suite 423
Fort Lauderdale, FL 33301
Telephone: (954) 357-7600
Facsimile: (954) 357-7641
Attorneys for Plaintiff, Broward County
Civil
Rights Division on behalf of Phyllis
Schleifer

Adam Katzman, Esq.
E-mail: akatzman@broward.org
Joni Armstrong Coffeey,
County Attorney for Broward County
115 South Andrews Avenue, Suite 423
Fort Lauderdale, FL 33301
Telephone: (954) 357-7600
Facsimile: (954) 357-7641
Attorneys for Plaintiff, Broward County
Civil
Rights Division on behalf of Phyllis
Schleifer