UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 011 CV 61203 WPD

BROWARD COUNTY CIVIL RIGHTS DIVISION,
on behalf of Phyllis Schleifer,

    Plaintiff,
vs.

VENTNOR "H" CONDOMINIUM ASSOCIATION, INC.,

    Defendant.
_____/

## NOTICE OF TAKING VIDEOTAPE DEPOSITION

YOU are hereby notified that the Defendant, U-HAUL CO. OF FLORIDA, in the above styled cause will take the video tape deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both, of

    WITNESS: **William Lourenso**

    DATE: **Tuesday, September 6, 2011**

    TIME: **10:00 A.M.**

    LOCATION: **1025 Ventnor H (Century Village East)**
                      **Deerfield Beach, FL 33442**

Said deposition will be taken before **Prestige Reporting Service**, court reporters, located at 633 S. Andrews, Suite 202, Ft. Lauderdale, FL 33301, or any officer authorized to administer oaths by the laws of the State of Florida, and **Legal Video**, videographer, located at 700 SE 3rd Ave, #205, Fort Lauderdale 33316, and said oral examination will continue from hour to hour and from day to day until completed.

Broward County v. Ventnor H
Case No. 11-CV-61203-WPD
Page 2

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by email and U.S. First Class Mail to all counsel or parties of record on the Service List below, this 31st day of August, 2011.

*s/Patrick J. Murphy*
s/Patrick J. Murphy
Florida Bar No.: 562475
E-mail: pmurphy@murphys-law.cc
LAW OFFICES OF PATRICK J. MURPHY
& ASSOCIATES, P.A.
272 West Hillsboro Boulevard
Deerfield Beach, FL 33441
Phone: (954) 525-5509
Fax: (954) 525-4509
Attorney for Defendant
Ventnor "H" Condominium Association, Inc.
PJM/mb/3728

### SERVICE LIST

| | |
|---|---|
| Annika E. Ashton, Esq. | Adam Katzman, Esq. |
| E-mail: aashton@broward.org | E-mail: akatzman@broward.org |
| Joni Armstrong Coffeey, | Joni Armstrong Coffeey, |
| County Attorney for Broward County | County Attorney for Broward County |
| 115 South Andrews Avenue, Suite 423 | 115 South Andrews Avenue, Suite 423 |
| Fort Lauderdale, FL 33301 | Fort Lauderdale, FL 33301 |
| Telephone: (954) 357-7600 | Telephone: (954) 357-7600 |
| Facsimile: (954) 357-7641 | Facsimile: (954) 357-7641 |
| Attorneys for Plaintiff, Broward County Civil Rights Division on behalf of Phyllis Schleifer | Attorneys for Plaintiff, Broward County Civil Rights Division on behalf of Phyllis Schleifer |